# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KARYN A MERIWETHER** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:17-cv-01490-JKB |
| | * | |
| | * | |
| **CHRISTIANA TRUST, A** | * | |
| **DIVISION OF WILMINGTON** | * | |
| **SAVINGS FUND SOCIETY, FSB,** | * | |
| **AS TRUSTEE FOR ARLP TRUST 5,** | * | |
| | * | |
| And | * | |
| | * | |
| **DLJ MORTGAGE CAPITAL, INC.** | * | |
| | * | |
| Defendants | * | |
| | * | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Karyn A. Meiwether hereby gives notice that she voluntarily dismisses <u>without</u> <u>prejudice</u> her Amended Complaint (ECF. 2) against Defendant Christiana Trust, a Division of Wilmington Savings Fund Society, FSB as Trustee for ARLP Trust 5 and DLJ Mortgage Capital, Inc. that are pending before the Court. Neither Defendant has filed an Answer nor moved for summary judgment.

Respectfully Submitted,

\_\_\_//ss//_____
Phillip R. Robinson
Consumer Law Center LLC
8737 Colesville Road, Suite 308
Silver Spring, MD  20910
Phone (301) 448-1304
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties and counsel of record when filed with the Court's ECF system.

_____/ss/_____
Phillip Robinson